UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Theodore Levin United States Courthouse
231 W. Lafayette, Room 564
Detroit, Michigan 48226

Case: 2:06-cv-11608
Assigned To: Cleland, Robert H
Referral Judge: Majzoub, Mona K
Filed: 04-04-2006 At 01:30 PM
PRIS JOHNSON V DR. MATI, ET AL (EW)

# Prisoner Civil Rights Complaint for Cases Brought Under 42 U.S.C. § 1983

## Plaintiff's Information

| | |
|---|---|
| Name: **WILL HENRY JOHNSON** | Inmate Number: 112495 |
| Place of Confinement: **PARNALL CORRECTIONAL FACILITY** | |
| Street: **1790 E. PARNALL ROAD** — City: **JACKSON** | State: MI — Zip Code: 49201 |

Any additional plaintiffs to this action should be listed on a separate 8 ½ x 11" sheet of paper and securely attached to the back of this complaint. *Please provide names, inmate numbers, and addresses for each plaintiff.*

## Defendant's Information *(This information must be current)*

| | |
|---|---|
| Name: DR. MATI, DR. CONNY, DR. JOHNSON, DOCTOR MATI, Respondents. | Position: **MDOC Medical Doctors** |
| Street or P. O. Box Number: **1790 East Parnall Road** | |
| City: **JACKSON** | State: **MICHIGAN** — Zip Code: **49201-7139** |

Are you suing this defendant in his/her personal capacity, official capacity, or in both capacities?

[ ] Personal     [ ] Official     [X] Both Capacities

Any additional defendants to this action should be listed on a separate 8 ½ x 11" sheet of paper and securely attached to the back of this complaint. *Please provide their names, positions, and current addresses, and the capacity (personal or official) in which you are suing the defendants.*

## I. PREVIOUS LAWSUITS

Have you begun any other lawsuits in state or federal court relating to your imprisonment?

YES ☐        NO [X]

If "YES", complete following section; if "NO", proceed to Part II.

*Prisoner Civil Rights Complaint Page #1*

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.[1]

| | |
|---|---|
| Docket Number: | N/A |
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

| | |
|---|---|
| Docket Number: | N/A |
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

| | |
|---|---|
| Docket Number: | N/A |
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

Note: Any additional civil actions should be listed on a separate sheet of 8 ½ x 11" paper.

---

[1] This notification is pursuant to 28 U.S.C. § 1915(g).

## II. ADMINISTRATIVE REMEDIES

1. If you are in the custody of the State of Michigan or one of its subdivisions, did you:

   | | | |
   |---|---|---|
   | File a grievance with the Step 1 Grievance Coordinator? | YES [X] | NO ☐ |
   | Appeal to the Step 2 Grievance Coordinator? | YES [X] | NO ☐ |
   | Appeal to the Step 3 Grievance Coordinator? | YES [X] | NO ☐ |
   | Seek a rehearing? | YES ☐ | NO [X] |
   | Seek State Circuit court review of a misconduct hearing? | YES ☐ | NO [X] |

   *If you did not take one or more of the steps, please explain why:*
   **N/A**

2. If you are a federal detainee, prisoner, or parolee and if your claim concerns parole, did you appeal to the National Appeals Board of the United States Parole Commission?

   YES ☐   NO [X]

   *If not, explain why:*   **N/A**

3. If you are a federal detainee, prisoner, or parolee, and if your claim involves something other than parole, did you:

   | | | |
   |---|---|---|
   | Attempt to resolve your complaint informally? | YES [ ] | NO ☐ |
   | File a formal complaint? | YES [ ] | NO ☐ |
   | Appeal to the warden? | YES [ ] | NO ☐ |
   | Appeal to the Regional Director of the Bureau of Prisons? | YES [ ] | NO [ ] |
   | Appeal to General Counsel for the Bureau of Prisons? | YES ☐ | NO [ ] |

   *If not, explain why:*

   **N/A**

## III. STATEMENT OF FACTS

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other people, dates, and places involved in the incident. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim on blank 8 ½ x 11" sheets of paper and attach them to the last page of this complaint.

(1.) Doctor Mati, as Head of Health Services did in fact fail to properly treat and/or diagnose my symptoms, she also ignored all my requests for treatment, and did infact failed to provide me with the proper prescribed medications, causing a delay in adequate treatment, rendering me completely disable.

(2) Doctor Conny, as Doctor at SMT Health Service did in fact fail to treat, and provide me with reasonable Health Care, he ignored any written request for treatment and also mis-diagnosed my health condition as being Parkinson Disease, his treatment was sub-standard and demonstrated indifference to my medical needs, by giving me the wrong medication for my health condition...and also delaying much needed treatment causing mental and emotional anguish stress, depression, and causing further disability by failure to refer me to a Specialist, and in which this delay made my health condition to worsen.

(3.) Doctor Johnson, as a doctor at SMT Health Service did in fact ignored, and failed to properly treat and diagnose my health condition, he demonstrated indifference to my pleas for proper treatment and by his failure to refer me to a Specialist which did in fact hinder and delayed a chance at recovery.

**(See Attachment for Step I, Step Two, and Step Three Grievance Procedure and other attachments.)**

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

Compensate me for their indifference because I have been deprived of my Medical Health concerns which are serious enough to amount to the wanton and unnecessary infliction of pain, the length of time that I was subjected to pain and suffering in my case alone plays a significant part in determining whether the denial of care was deliberate indifference, which is a violation of my Eighth and Fourteenth Amendment. The law requires the MDOC to provide inmates with medically necessary health care services, defined as those "that are determined by the attending physician to be reasonable and necessary to protect life, prevent significant illness or disability, or alleviate severe pain, and are supported by health outcome data as being effective medical care."
I, therefore, request that this Court GRANT Plaintiff's request for damages of 3.5 Million Dollar Settlement.

I declare under penalty or perjury that the foregoing is true and correct.

_3/29/06_
(Date)

_Will K. Johnson_
(Your Signature)

*Prisoner Civil Rights Complaint Page #4*

## STATEMENT OF FACTS

**Statement of Facts:** During the month of July-August 2002, I begun feeling numbness in my hands, 2 to 3 months after continuous discomfort, I sent a kite to health services, at Parnall Correctional Facility in Jackson, MI, 49201, on numerous occasions I'd seen a nurse who stated that "this was a common occurrence among older people." I am 65 years of age, and the nurse had suggested that I run hot water over my hands, and take aspirin, none of these suggestions worked or brought relief, this went on for months, and no major treatment was ever given. Then around mid to late 2003 I was treated for what was suspected to be Parkinson's disease; (by Dr. Johnston) this after months of ignoring both my symptoms and my requests for treatments, after 30 days of medication therapy (pills) on restricted med-line. I had informed the Medical Doctor that the symptoms had not changed, and at that point, Dr. Johnston referred me to a Specialist at Duane Waters Hospital. But, this doctor did in fact examine my fingers and hands. But, he failed to inform me as to what this condition was caused by. After a few months and more complaints back to see health service, Dr. Conney once again I was referred to a Specialist (Dr. Raul) at Duane Water Hospital, and at this time, Dr. Raul recommended that I have surgery immediately. This was around September, 2004. However this doctor had stated after his first examination "why did they wait so long, to give me treatment?" He felt that I should have been seen about this condition much sooner, Dr. Raul said because of the delay, I had become partially paralyzed, and that the surgery would stop any further paralysis, currently I need help walking with the use of a walker, it is my belief that if I had been treated promptly for, this condition, I would not be completely disable, which I am, my walker, cane, and neck brace was issued December, 2004.

Foot Note: The Doctors named in this action each did ignored, neglected, and delayed prompt medical treatment, Dr. Mati being the primary health care Doctor did in fact failed to consider the nature and substance of my request for treatment. Doctor Johnston did in fact ignored all my written requests to follow up with first Specialist without the proper consultation of a Specialist, thus delaying my treatment. Doctor Conney also did not properly evaluate, Diagnosed, nor treated my condition and failed to refer me to a Specialist, he treated me for Parkinson Disease and ignored and neglected to consider the nature and substance of my condition, by showing indifference to my written and oral request for proper treatment, thus rendering me partially paralyzed...

Please see additional statement of facts below.

Signed by Will Johnson: _Will K. Johnson_ #112495

Dated: 3/29/06

**(Please see attachments)**

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I **9-9-05**     Grievance Identifier: **SMT 0509 012 012 03**

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Will Johnson | 112495 | SMT | 20-B-10 | ongoing | 9-6-05 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? If none, explain why. **On a number of occasions I've attempted to speak with Health Service Staff 00, 01, 02, 03, 04 to present Now Because of Delays I'm ~~permanent~~ permanately Disable**

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

**Doctors from C.M.S Health Services have failed to properly treat a pre-existing Medical Condition, Drs. Mati, Dr. Johnston and Dr. Conney all Ignored Inmate Johnsons' Concerns and by doing So Caused him to suffer Irriversible Damage These Doctors Delayed Refering Inmate to a specialist for over a Year (2003 See Records) Because of this Neglect Inmate Johnson is permanately Disable**

Will Johnson
Grievant's Signature

RESPONSE (Grievant Interviewed? ☑ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

See attached

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| D Richardson | 9-16-05 | Peggy Lee | 9/20/05 |
| D Richardson | RN | P Lee | RN AMUN |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

Date Returned to Grievant: **9/20/05**

If resolved at Step I, Grievant sign here. Resolution must be described above.    Grievant's Signature    Date

DISTRIBUTION: White, Green, Canary, Pink--Process to Step One; Goldenrod--Grievant

04/04/06

# Step I Grievance Response

**Grievance Number:** [redacted]

**Prisoner Name:** Johnson, Will

**Prisoner Number:** 112495

**Prisoner** [X] was  [ ] was NOT interviewed. GIVE REASON:

## SUMMARY OF COMPLAINT:
Grievant contends he has not received timely health care causing permanent disability

## INVESTIGATION INFORMATION
Review of record shows grievant has been treated for Degenerative Joint Disease of the spine for 11 years. This is a progressive, debilitating condition. He was told by Neurosugeon, Dr Rawal on 10/08/04 he would not get better and likely would continue to have pain. He is seen regularly by Dr Kuzma (1/26/05, 2/24/05, 3/24/05, 4/6/05, 5/26/05, 7/6/05, and 8/23/05) and appropriate specialist referrals have been made.

## APPLICABLE POLICY, PROCEDURE, ETC.
PD 03-04-100

## SUMMARY
Research shows grievant has been given appropriate medical care for a long-standing, debilitating condition

| | | | |
|---|---|---|---|
| **RESPONDENT NAME:** | D. Richardson | **TITLE:** | RN |
| **RESPONDENT SIGNATURE:** | D Richardson | **DATE:** | 8/16/05 |
| **REVIEWER NAME:** | P. Lee | **TITLE:** | RN/AHUM |
| **REVIEWER SIGNATURE:** | P Lee | **DATE:** | 9/16/05 |

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

RECEIVED NOV 07 2005 MICHIGAN DEPT. OF CORRECTIONS PRISONER AFFAIRS

4835-4248 12/97
CSJ-247 B

Date Received by Grievance Coordinator at Step II: _____

Grievance Identification: 110 509 11 210 11 21 D 3

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) MUST be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: **Regional Health Care** by **10-5-05**. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| W. Johnson | 112495 | SMT | [redacted] | Ongoing | 9-29-05 |

**STEP II--Reason for Appeal** STEP (1) ONE Grievance has NOT been addressed or Resolved To INMates Satisfaction. Health Services (CMS) and it's NAMEd Doctor's (see Grievance) Have Ignored The Magnatude of Damage done by the indifferance To The INMates Medical Needs and Concerns. See Medical Records...

**STEP II--Response**

See attached.

Date Received by Step II Respondent: _____

Respondent's Name (Print): Alfred Jones
Respondent's Signature: Alfred Jones
Date: 10-31-05

Date Returned to Grievant: 11-2-05

**STEP III--Reason for Appeal** IN Spite of The numorious visits To health Services over The years, They have Neglected To properly Treat my Condition in a Timely manner, and only Referred me To a Neurosurgeon in Later stages of Condition.

NOTE: Only a copy of this appeal and the response will be returned to you.

**STEP III--Director's Response** is attached as a separate sheet.

, If you find the Step III Director's response unsatisfactory, you have the option of referring the grievance to the Office of Legislative Corrections Ombudsman, 4th Floor, Capitol Hall, 115 W. Allegan, Lansing, Michigan, 48913.

DISTRIBUTION: White--Central Office; Green - Canary --Step III; Pink--Step II; Goldenrod--Grievant


# Step II Grievance Appeal Response

SMT 05090 1210 12D3

Johnson            112495            SMT

### Summary of Step I Complaint:

Grievant contends he has not received timely health care causing permanent disability.

### Summary of Step I Response:

Review of record shows grievant has been treated for Degenerative Joint Disease of the spine for 11 years. This is a progressive, debilitating condition. He was told by Dr. Rawl, Neurosurgeon on 10-8-04 he would not get better and likely would continue to have pain. He is seen regularly by Dr. Kuzma (1-26-05, 2-24-05, 3-24-05, 4-6-05, 5-26-05, 7-6-05 and 8-23-05) and appropriate specialist referrals have been made.

### Summary of Reason for Appeal:

Step one response have not addressed or resolved grievant's issue.

### Summary of Step II Investigation:

Grievant complaint regarding timely health care was appropriately responded to in step one.

### Conclusion:

Appropriate medical treatment was provided for grievant's health care issue.

Based on the above, your grievance is considered      denied      at Step II.

_Alfred Jones_     _[signature]_                10-31-05
Respondent's Name (Print)    Respondent's Signature              Date

# CIVIL COVER SHEET FOR PRISONER CASES

| Name of 1st Listed Plaintiff | Name of 1st Listed Defendant |
|---|---|
| Will Henry Johnson | Dr Mati et al |
| **Inmate Number:** 112495 | **Defendant's County of Residence** (If located in Michigan): Jackson |

Case: 2:06-cv-11608
Assigned To: Cleland, Robert H
Referral Judge: Majzoub, Mona K
Filed: 04-04-2006 At 01:30 PM
PRIS JOHNSON V DR. MATI, ET AL (EW)

## FACILITIES, LISTED ALPHABETICALLY

- ☐ ALGER MAXIMUM CORRECTIONAL FACILITY, INDUSTRIAL PARK DRIVE, P.O. BOX 600, MUNISING, MI 49862, ALGER COUNTY
- ☐ BARAGA MAXIMUM CORRECTIONAL FACILITY, 301 WADAGA ROAD, BARAGA, MI 49908, BARAGA COUNTY
- ☐ BELLAMY CREEK CORRECTIONAL FACILITY, 1727 W. BLUEWATER HIGHWAY, IONIA, MI 48846, IONIA COUNTY
- ☐ BOYER ROAD CORRECTIONAL FACILITY, 10274 BOYER ROAD, CARSON CITY, MI 48811, MONTCALM COUNTY
- ☐ CARSON CITY CORRECTIONAL FACILITY, 10522 BOYER ROAD, CARSON CITY, MI 48811, MONTCALM COUNTY
- ☐ CHARLES EGELER RECEPTION AND GUIDANCE CENTER, 3855 COOPER STREET, JACKSON, MI 49201-7547, JACKSON COUNTY
- ☐ CHIPPEWA CORRECTIONAL FACILITY, 4269 W. M-80, KINCHELOE, MI 49784, CHIPPEWA COUNTY
- ☐ COOPER STREET CORRECTIONAL FACILITY, 3100 COOPER STREET, JACKSON, MI 49201, JACKSON COUNTY
- ☐ DEERFIELD CORRECTIONAL FACILITY, 1755 HARWOOD ROAD, IONIA, MI 48846, IONIA COUNTY
- ☐ EARNEST C. BROOKS CORRECTIONAL FACILITY, 2500 S. SHERIDAN DRIVE, MUSKEGON HEIGHTS, MI 49444, MUSKEGON COUNTY
- ☐ FEDERAL CORRECTIONAL INSTITUTION - MILAN, P.O. BOX 1000, MILAN, MI 48160-1090, WASHTENAW COUNTY
- ☐ FLORENCE CRANE CORRECTION FACILITY, 38 FOURTH STREET, COLDWATER, MI 49036, BRANCH COUNTY
- ☐ G. ROBERT COTTON CORRECTION FACILITY, 3500 N. ELM ROAD, JACKSON, MI 49201, JACKSON COUNTY
- ☐ GUS HARRISON CORRECTIONAL FACILITY, 2727 E. BEECHER STREET, ADRIAN, MI 49221, LENAWEE COUNTY
- ☐ HANDLON MICHIGAN TRAINING UNIT, 1728 BLUEWATER HIGHWAY, IONIA, MI 48846, IONIA COUNTY
- ☐ HIAWATHA CORRECTIONAL FACILITY, 4533 W. INDUSTRIAL PARK DRIVE, KINCHELOE, MI 49786-0001, CHIPPEWA COUNTY
- ☐ HURON VALLEY CENTER, 3511 BEMIS ROAD, YPSILANTI, MI 48197, WASHTENAW COUNTY
- ☐ HURON VALLEY CORRECTIONAL FACILITY, 3201 BEMIS ROAD, YPSILANTI, MI 48197, WASHTENAW COUNTY
- ☐ IONIA MAXIMUM CORRECTIONAL FACILITY, 1576 W. BLUEWATER HIGHWAY, IONIA, MI 48846, IONIA COUNTY
- ☐ KINROSS CORRECTIONAL FACILITY, 16770 S. WATERTOWER DRIVE, KINCHELOE, MI 49788, CHIPPEWA COUNTY
- ☐ LAKELAND CORRECTIONAL FACILITY, 141 FIRST STREET, COLDWATER, MI 49036, BRANCH COUNTY
- ☐ MACOMB CORRECTIONAL FACILITY, 34625 26 MILE ROAD, NEW HAVEN, MI 48048, MACOMB COUNTY
- ☐ [ST. LOUIS, MI 48880, GRATIOT COUNTY]
- ☐ MOUND CORRECTIONAL FACILITY, 17601 MOUND ROAD, DETROIT, MI 48212, WAYNE COUNTY
- ☐ MUSKEGON CORRECTIONAL FACILITY, 2400 S. SHERIDAN DRIVE, MUSKEGON, MI 49442, MUSKEGON COUNTY
- ☐ NEWBERRY CORRECTIONAL FACILITY, 3001 NEWBERRY AVENUE, NEWBERRY, MI 49868, LUCE COUNTY
- ☐ OAKS CORRECTIONAL FACILITY, 1500 CABERFAE HIGHWAY, EASTLAKE, MI 49626-0038, MANISTEE COUNTY
- ☐ OJIBWAY CORRECTIONAL FACILITY, N5705 OJIBWAY ROAD, MARENISCO, MI 49947-9771, GOGEBIC COUNTY
- ☒ PARNALL CORRECTIONAL FACILITY, 1780 E. PARNALL, JACKSON, MI 49201, JACKSON COUNTY
- ☐ PARR HIGHWAY CORRECTIONAL FACILITY, 2727 E. BEECHER STREET, ADRIAN, MI 49221, LENAWEE COUNTY
- ☐ PINE RIVER CORRECTIONAL FACILITY, 320 N. HUBBARD, ST. LOUIS, MI 48880, GRATIOT COUNTY
- ☐ PUGSLEY CORRECTIONAL FACILITY, 7401 EAST WALTON ROAD, KINGSLEY, MI 49649, GRAND TRAVERSE COUNTY
- ☐ [CORRECTIONAL FACILITY, 47500 FIVE MILE ROAD, PLYMOUTH, MI 48170, WAYNE COUNTY]
- ☐ RYAN CORRECTIONAL FACILITY, 17600 RYAN ROAD, DETROIT, MI 48212, WAYNE COUNTY
- ☐ SAGINAW CORRECTIONAL FACILITY, 9825 PIERCE ROAD, FREELAND, MI 48623, SAGINAW COUNTY
- ☐ SOUTHERN MICHIGAN CORRECTIONAL FACILITY, 4002 COOPER STREET, JACKSON, MI 49201, JACKSON COUNTY
- ☐ ST. LOUIS CORRECTIONAL FACILITY, 8585 N. CROSWELL ROAD, ST. LOUIS, MI 48880, GRATIOT COUNTY
- ☐ STANDISH MAXIMUM CORRECTIONAL FACILITY, 4713 W. M-61, STANDISH, MI 48658, ARENAC COUNTY
- ☐ STRAITS CORRECTIONAL FACILITY, 4387 W. M-80, KINCHELOE, MI 49788-0001, CHIPPEWA COUNTY
- ☐ THUMB CORRECTIONAL FACILITY, 3225 JOHN CONLEY DRIVE, LAPEER, MI 48446, LAPEER COUNTY
- ☐ WAYNE COUNTY JAIL, 570 CLINTON STREET, DETROIT, MI 48226, WAYNE COUNTY
- ☐ WEST SHORELINE CORRECTIONAL FACILITY, 2500 S. SHERIDAN DRIVE, MUSKEGON HEIGHTS, MI 49444, MUSKEGON COUNTY

## OFFICE USE ONLY

| PLAINTIFF ADDRESS: (IF NOT ABOVE) | BASIS OF JURISDICTION | ORIGIN | FEE STATUS |
|---|---|---|---|
| | ☐ 2 US GOVERNMENT DEFENDANT<br>☒ 3 FEDERAL QUESTION<br>☐ 4 DIVERSITY | ☒ 1 ORIGINAL PROCEEDING<br>☐ 2 REMOVED FROM STATE COURT<br>☐ 5 TRANSFERRED FROM ANOTHER DISTRICT COURT | ☒ IFP IN FORMA PAUPERIS<br>☐ WAI WAIVED<br>☐ PD PAID |
| **PLAINTIFF'S COUNTY OF RESIDENCE** | **NATURE OF SUIT** | **JURY DEMAND** | **CASE OPENING** |
| | ☐ 510 MOTION TO VACATE<br>☐ 530 HABEAS CORPUS<br>☐ 535 HABEAS/DEATH PENALTY<br>☐ 540 MANDAMUS<br>☒ 550 CIVIL RIGHTS<br>☐ 555 PRISON CONDITIONS | CHECK YES ONLY IF DEMANDED IN COMPLAINT<br>☒ NO<br>☐ YES | ☒ OPEN AS CV<br>☐ NO CREDIT REASSIGN TO (MOTION TO VACATE - 2255) |

(MIED REV. 5/16/05) PRISONER COVER SHEET - Page 1 of 2

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously discontinued or dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case Number: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? *(Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)* ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case Number: _____

   Judge: _____

Notes: